IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>JOSE ANTONIO MONCION-ROJAS,<br>a/k/a "Rojas Antonio Reyes-de Jesús"<br><br>Defendant | CRIMINAL 13-0218CCC |

## ORDER

Having considered the Report and Recommendation filed on July 12, 2013 (**docket entry 27**) on a Rule 11 proceeding of defendant José Alberto Monción-Rojas held before U.S. Magistrate Judge Bruce J. McGiverin on July 1, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

SO ORDERED.

At San Juan, Puerto Rico, on July 19, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge